# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ANTONIO GRIFFIN, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. CV411-261<br>CR410-005 |

## ORDER

Antonio Griffin has complied with this Court's September 13, 2012 Order by filing a CJA affidavit showing that he is indigent. CR410-005, doc. 83. Accordingly, the Deputy Clerk shall appoint him new counsel, then schedule the previously referenced evidentiary hearing. *See* doc. 82.

**SO ORDERED**, this 28th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA