IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO GRIFFIN,           )
                           )
     Petitioner,           )
                           )
v.                         )    CASE NOS.  CV411-269
                           )               CR410-005
UNITED STATES OF AMERICA,  )
                           )
     Respondent.           )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which objections have been filed (Doc. 26). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 petition is **GRANTED**. As a result, Petitioner's sentence in the underlying criminal case, 4:10-cr-005, is **VACATED** and an identical sentence is **REIMPOSED**. Petitioner's newly appointed counsel, Mr. Charles Michael Johnson, is **DIRECTED** to file a notice of appeal on Petitioner's behalf. The Clerk of Court is **DIRECTED** to prepare an amended judgment and close this case.

In his objections,[1] Petitioner appears to be arguing that his trial counsel was ineffective, which caused him to plead guilty. (Doc. 26 at 2-3.) However, Petitioner should raise those claims in a habeas petition following the conclusion of his direct appeal. See United States v. Bender, 290 F.3d 1279, 1284 (11th Cir. 2002); United States v. Andrews, 953 F.2d 1312, 1327 (11th Cir. 1992). Also, Petitioner requests that this Court recommend to the State Bar Association that his trial counsel be disbarred. (Doc. 26 at 3-4.) While Petitioner is free to contact the State Bar and file his own complaint, the Court declines to forward any such recommendation.

SO ORDERED this 7th day of December 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner, who is represented by counsel in this case, filed his objections pro se. Despite the Court's rule prohibiting represented individuals from filing matters pro se, S.D. Ga. L.R. 83.6(d), the Court will address Petitioner's objections.